IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARRICK WESLEY REED,

        Petitioner

        v.

WARDEN ALLEGHENY COUNTY JAIL,
PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

        Respondents.

2:25-CV-01919-CCW

## **ORDER**

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 10, 2026, the Magistrate Judge issued a Report (the "R&R"), ECF No. 10, recommending that Petitioner's Amended Petition for Writ of Habeas Corpus, ECF No. 7, be dismissed with prejudice for failure to prosecute.  ECF No. 10.  Neither party filed objections.

After a de novo review of the pleadings and documents in the case, together with the R&R, IT IS HEREBY ORDERED that the Amended Petition for Writ of Habeas Corpus, ECF No. 7, is DISMISSED WITH PREJUDICE for failure to prosecute.  IT IS FURTHER ORDERED that the R&R, ECF No. 10, is ADOPTED as the Opinion of the District Court.

DATED this 7th day of August, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record


cc (via United States mail)

Garrick Wesley Reed, pro se
No. 135848
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219